USDC SCAN INDEX SHEET

















SWD   6/6/05   12:27

3:05-CV-01146   MCNEAL V. LOCKYER

*1*

*PCSO.*

FILED

MAY 27 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2  Brian Steven McNeal Pro-se

3  3102 Highland Ave East (PSH)

4  Patton CA 92369

5  NOTE TO CLERK: This is a new filing, not an Amendment to

6  any Prior Cases. and is brought in civil Action 28 USC 1361

7  Under the all Writs act. I am not challenging a conviction.

8  or a condition of confindment. Do not file under any other action.

9  than 28 USC 1361            UNITED STATES DISTRICT COURT

10                    SOUTHERN DISTRICT OF CALIFORNIA

11

12  Brian Steven McNeal APPEARING HEREIN      CIVIL NO. '05 CV 1146 JM    (AJB)
    FOR BRIAN STEVEN MCNEAL (EO NOMINE)

13                                            28 U.S.C. 1361

14  PETITIONER,                               Pursuant to All Writs Act.

15          v.                                U.S. Constitution Art. 1 Sec. 9

16  BILL LOCKYER IN ATTORNEY GENERAL OF       "PETITION FOR WRIT OF HABEAS CORPUS"

17  CALIFORNIA. CORPORATION.                  RE: Super Ct Case: CN183937 01/SCE 225879 01
    RESPONDENT

18                                            Pro-trial/ not convicted/ challenging Error

19  Petitioner Brings this action Under 28 USC 1361 Challenging the Prosecution.

20  Petitioner Currently Resides at Patton Hospital Under PC 1370, not a conviction

21  United States of America)

22  California State          } Affirmed

23  Petitioner has exhausted all local and state Remedys (SUPREME COURT OF CALIFORNIA)

24  failed to respond within 60 Days, Senton 03-09-05(90013) on form MC-275 Pursuant

25  to PC 1473. Petitioner now brings this Writ under 28 USC 1361.

26  Petitioner has no other adequate or Speedy Remedy at law and awaiting trial in this case.

27  Petitioner enters the following into evidence and to serve as a record of the facts and

28  a Prima facie. established hereinafter affirmed;
    ATT:
    CIVIL COVER SHEET ATTACHED
    CERTIFIED FORMA PAUPERIS ATTACHED
    CERTIFICATE OF SERVICE ATTACHED            -1 of 21-

                                            28 USC 1361

1

## Parties of Interest

2

3   1. Presiding Judges of Superior Court of California, County of

4   San Diego does 1-1000

5

6   2. THE PEOPLE OF THE STATE OF CALIFORNIA/ District Attorney

7   Bonnie Dumanis, and does 1-1000.

8

9   ## Questions Presented

10

11   1. If the California State Constitution of 1879 was Repealed,

12   which makes the Superior Court of California a.k.a. municipal

13   police court null and void, are there both criminal and

14   collateral estoppel/ waiver of Immunities for perpetration of

15   fraud of Legislature?

16

17   2. Is the Act of June 25, 1948, 62 Stat. 869 et seq.,

18   unconstitutional for exhibiting vagueness, for violating the ex

19   post facto prohibition at Art. I, section 9, clause 3, for

20   violating the Separation of Powers at Art. I, Section 1, and for

21   violating the well established principle that federal statutes

22   conferring original jurisdiction on federal district courts must

23   be strictly construed?

24

25   3. Does the *ex post facto* Clause in the U.S. Constitution

26   prohibit Congress from enacting or otherwise authorizing.

27

28

- 2 -

28 USC 1351

1 | parties -- to U.S. magistrates appointed to that USDC and, as

2 | such, does that Local Rule also violate the Federal Magistrates

3 | Act, recent decisions of this Court, pertinent decisions of the

4 | Ninth Circuit, and Article III in the U.S. Constitution?

5 |

6 | 9. Strictly construed, did the Lanham Act at 60 Stat. 440 confer

7 | original jurisdiction on the District Courts of the United States

8 | ("DCUS") but not on the United States District Courts ("USDC")

9 | inside California State, and has that grant of original

10 | jurisdiction ever been amended by Congress?

11 |

12 | 10. Did Congress expressly extend the U.S. Constitution into D.C.

13 | in 1871 A.D. and into all federal Territories in 1873 A.D.?

14 |

15 | 11. Are UNPUBLISHED Circuit Court opinions unconstitutional?

16 |

17 | **Grounds for Jurisdiction for allowing Writ of Habeas Corpus**

18 |

19 | The Writ of Habeas Corpus has a special status because its

20 | suspension is forbidden, except in narrow circumstances, by

21 | Article I sec. 9 clause 2 in the Constitution for the United

22 | States of America. In addition, Habeas Corpus is appropriate

23 | under 28 USC par. 1361, which gives the petitioner opportunity to

24 | challenge alleged error, which if established would go to make

25 | the entire detention unlawful under Federal Law.

26 |

27 |

28 |

If after appropriated proceeding, the habeas corpus finds that the facts

discovered and law applied entitled the prisoners to relief, it must grant relief,

ordering the government to release prisoner.

THE PEOPLE OF THE STATE OF CALIFORNIA and created agencies of the

United States and it's Judicial officers/ employees of the superior court/

Presumptuously allege to have jurisdiction over the petioner when history shows

Otherwise. ( United States v Lopez (1995) Landmark Case, Chief Justice Marshal J.)

Pursuant to but not limited by Code Of Federal Regulation section 72.11, all

crimes to include burglary and larceny are considered to be commercial crimes

and there for need to be addressed in commercial terms of any loss and not a \

punitive or criminal proceedings.(Petitioner is charged with Burglary P.C. 425)

## Statement of Cause

Upon Information and belief, I Brian Steven Mcneal, Secured Party allege the

following: Waiver of rights none ever, all rights reserved under the uniform

commercial code UCC 1-207.7 "without Prejudice", unless expressed by verified

affidavit before a Notary Public or Governor of the state of California . On or

around 1-08-2005 Bonnie Dumanis was served being in the capacity of San

Diego District Attorney with said Writ and bond under title 5-556d to rebuttal a

bill of particulars, (right of allocution) point for point. Failure merits defaults/

waiver of immunities/ amendments of acceptance for 13 Trillion dollars.

I Brian Steven McNeal, secured party also give mandatory Judicial Notice that

the Secured Party is only a spokes person for BRIAN STEVEN MCNEAL

Debtor/ corporation named on the PEOPLES case and court documents which

includes registering with the Washington Department Of Licensing and Secretary

that state with a Financing statement UCC 1 filing.

In addition Mandatory Judicial Notice includes the affirmative fact that the US

Supreme court transmitted to Congress under the Bankruptcy reform act of 1978,

all courts are subject, which includes superior courts/ municipal court, who is

operating under color of law, to the Bankruptcy court. (repeal of State Constitution

1879.

I Brian Steven Mcneal Secured Party further give Mandatory Judicial Notice that

the fictitious Plaintiff/ third party plaintiff, who is proceeding in a contempt of

court proceeding, refuse to mention how a claim of relief can be granted (post

bond).  Also the affirmative fact the petitioner Brian Steven Mcneal secured

party has reason to believe this refusal to post bond for professional performance

and to privately prosecute and in addition to the fictitious plaintiff's enforcement

of a non existing legislative act all are a perpetration of fraud of legislature under

Special Maritime Territory Juristisdiction for alleged breach of British

International Maritime contract. The the unclear vague and ambiguous

information by this third party fictitious plaintiff which views humans as

property under special maritime international law, and destruction pf maritime

property and silent maritime pledge was so unclear the I reused for cause through

court appointed attotney Kasandra Kitchen who could not answer above defined.

The affirmative fact that Judicial administrative officers of the peace refused to

give full discloser of maritime



addition to Page 4

28 USC 1361

1 contract/ pledge and inform the Secured Party, ~~Brian Steven McNeal~~ *Brian Steven McNeal*

2 ~~Sui Juris~~ National, if this is a 1) special international Maritime

3 Territory and Jurisdiction or 2) a criminal proceeding according

4 to the rule of the common law or 3) a claim against the debtor or

5 a claim against the Secured Party/ Creditor or a proceeding

6 pursuant to the Bankruptcy Reform Act of 1978 or a Special Jim

7 Crow law.

### Constitutional and Statutory Provisions

9 **Article III section 1.**

10 Judicial power of the United States, shall be vested in one

11 Supreme Court and in such inferior courts as Congress may, from

12 time to time, ordain and establish. The Judges, both of Supreme

13 and Inferior Courts shall hold their offices during good

14 behavior, and shall, at stated times, receive for their services,

15 a compensation, which shall not be diminished during their

16 continuance in office.

17 **Article IV section 2**

18 The Citizen of each State shall be entitled to all

19 privileges and immunities of citizens in the several States.

20 A person charged in any State with Treason, Felony, or other

21 crime, who shall flee from Justice, and be found in another State

22 shall, on demand of the executive authority of the State from

23 which he fled, be delivered up to be removed to the State having

24 jurisdiction of the Crime.

26 No person held to service or labour in one State, under the

1 │ laws thereof, escaping into another, shall, in consequence of any

2 │ law or regulation therein, be discharged from such service or

3 │ labour, but shall be delivered up on Claim of the party to whom

4 │ such service or Labour may be due.

5 │ **Section 4**

6 │ The united States shall guarantee to every State in this

7 │ Union a Republican form of Government, and shall protect each of

8 │ them against Invasion; and on Application of Legislature, or of

9 │ the Executive ( when the Legislature cannot be convened) against

10 │ domestic Violence.

11 │ **Article VI**

12 │ This Constitution, and the laws of the United States, which

13 │ shall be made in pursuance thereof; and all treaties made, or

14 │ which shall be made, under the Authority of the United States,

15 │ shall be the supreme Law of the Land; and the Judges in every

16 │ State shall be bound thereby, any Thing in the Constitution or

17 │ Laws of any State to the Contrary notwithstanding.

18 │ **Amendment XI**

19 │ Judicial power of the United States shall not be construed

20 │ to extend to any suit in law or equity, commenced or prosecuted

21 │ against one of the United States by Citizens of another State, or

22 │ by Citizens or Subjects of any Foreign State.

23 │ **Amendment XIII**

24 │ **Section 1.**  Neither slavery nor involuntary servitude,

25 │ except as a punishment for crime whereof the party shall have

26 │ been duly convicted, shall exist within the United States, or any

27 │

28 │ -8-

28 USC 1361.

1  place subject to their jurisdiction.

2  **Nature and Cause of Accusation**

3      Under Constitution article 1, section 13, entitling a
4  defendant to demand "nature and cause of accusation" against him
5  and to have copy thereof.  Defendant is entitled to have gist of
6  offense charged, in direct and unmistakable terms, Large v.
7  State, 164 NE. 263, 264. 200  Ind. 430.

8      The words "nature and cause of the accusation" in Const.
9  Bill of Rights, art. 1 section 13, providing that an accused
10 shall have the right to demand the nature and cause of the
11 accusation against him, mean that the gist of an offense shall be
12 charged in direct and unmistakable terms, Hinshaw v. State, 122,
13 NE. 418, 420. 188 Ind. 147.

14     Indictment and Information: 71 Defendant is entitled to have
15 offense charged in direct and unmistakable terms: "nature and
16 cause of accusation" (Const. Art. 1 section 13).

17     Under Const. art. 1, section 13, entitling defendant to
18 demand "nature and cause of accusation" against him and to have
19 copy thereof, defendant is entitled to have gist of offense
20 charged in direct and unmistakable terms.

21     It is the Constitutional Right of the defendant to demand
22 the nature and cause of accusation against him and to have a copy
23 thereof, Art. 1, section 13, Constitution of Indiana, McLaughlin
24 v. State, 45 IND. 388.

25     In Hinshaw v. State, 188 IND. 147, 122 NE. 418, it is said,
26 the words "nature and cause of accusation" have a well- defined

27

28                          -8-

meaning and at the time of the adoption of the Constitution that meaning is that the gist of an offense shall be charged in direct and unmistakable terms.  In passing upon the same provision of the Federal Constitution in United States v. Cruikshank (1875) 92 U.S. 542, 557. (23 L Ed. 588) the court said:

In criminal cases prosecuted under the law of the United States, the accused has the constitutional right to be informed of the nature and cause of the accusation.  Amendment VI in United States Vs. Mill 7 pet. 142. [8 L. Ed. 636] This was construed to mean that the indictment must set forth the offense with clearness and necessary certainty, to apprise the accused of the crime with which he stands charged. (Also, in United States v. Cook, 17 Wall 174. [21 L. Ed. 538] That every ingredient of which the offense is composed must be accurately and clearly alleged; it is an elementary principle of criminal pleading that where the definition of an offense, whether it be at common law or by statute, includes generic terms, it is not sufficient that the information (Indictment) shall charge the offense in the same generic term as in the definition, but it must state the species: it must descend to the particulars.)


### The Universal Declaration of Human Rights

**Article 4**

No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms.

**Article 10**

28 USC 1361

1   Everyone is entitled in full equality to a fair and public

2   hearing by an independent and impartial tribunal, in the

3   determination of his rights and obligations and of any criminal

4   charge against him.

5   **Article 11**

6   **(1)** Everyone charged with a penal offence has the right to

7   be presumed innocent until proved guilty according to law in a

8   public trial at which he has had all the guarantees necessary for

9   his defense.

10   **(2)** No one shall be held guilty of any penal offense on

11   account of any act or omission which did not constitute a penal

12   offense, under national or international law, at the time when it

13   was committed.  Nor shall a heavier penalty be imposed than the

14   one that was applicable at the time the penal offense was

15   committed.

16   **Article 7**

17   All are equal before the law and are entitled without any

18   discrimination to equal protection of the law.  All are entitled

19   to equal protection against any discrimination in violation of

20   this Declaration and against any incitement to such

21   discrimination.

22   **Statutory Provisions**

23   **16 Am Jur 2d C. L.**

24   -In People vs. Adamson (1949) 34 C. 2d 320, 210 P. 2d 1,

25   where the court emphasized the narrow scope of *Coram Nobis*

26   and the broad scope of *Habeas Corpus*.

27

28   -10-

28 USC 1361

-Am Jur. 2d Involuntary Servitude and Peonage {10. 935-36 (1969)}

-Declaration of Human Rights articles 2, 3, 4, 5, 6, 7, 17, 18, and 19;  The International Convention On Slavery Resolution of 1926;  Resolution 535 a xviii of 1954, 564, xix of 1955 Resolution, 1956 Slavery Convention; Adapted in conformance with article 4 of the Universal Declaration of Human Rights Text Convention on the prevention and punishment of the crime of genocide "and Act."  Public Law100-606, 102 statute 3045: International Convention of the Elimination of all forms of Racial Discrimination.

-P.C. 1473 (a); every person unlawfully imprisoned or restrained on his liberty under any pretense whatever, may prosecute a writ of Habeas Corpus to inquire into the cause of such imprisonment or restraint and the normal relief granted on successful application showing illegal restraint is discharge of prisoner; (P.C. 1487, infra, Par. 3379), but the function of Habeas Corpus has been changed in recent years by decisions substituting the test of fundamental unfairness for the jurisdictional test relaxing the strict custody requirement, and granting relief in the nature of a Declaration of Rights to a person not entitled to release. In Re Brown (1973) 9 c. 3d 612, 624, 108 C.R 465, 510 P 2d 1017.  "Custody" a concept is no longer restricted to actual physical detention/ jail/ prison.

28 USC sec 2241 ©) 2254 (a)

"Custody" Does not mean one must be confined; a person on,

1   parole or probation is in custody. (Jones vs. Cunningham, 371

2   U.S. 236 (1963).   A person on bail or on his own recognizance is

3   in custody. (Justices of Boston Mun. Court vs. Lydon, 466 U.S.

4   294, 300-301 (1984); Lefkowitz vs. Newsome 420, U.S. 283, 291 n.

5   8 (1975); Hensley vs. Municipal court 411 U.S. 345 (1973) held

6   that an inmate of an Alabama prison was sufficiently in custody

7   as well as in Kentucky.   Authorities who had lodged a detainer

8   with Alabama to obtain the prisoner upon his release. **Act of**

9   **February 5, 1867 14 Stat. 385 conveyed power to Federal Court:**

10   **"to grant writ of Habeas Corpus in all cases where any person may**

11   **be restrained of his or her liberty in violation of the**

12   **Constitution or of any treaty or law of the United States..."**

13   On the law, with respect to state prisoner prior to this statute

14   sec, Ex parte Dorr, 44 U.S. (3 how) 103 (1845); cf; Elkison vs.

15   Deliesseline, 8 Fed Cas. 493. ( no. 4366) (c.c.d. sc. 1823)

16   (Justice Johnson); Ex parte Cabrera, 4 Fed. Cas.   964.   (no.

17   2278) (c.c.d. PA 1805) (Justice Washington).   Professor Charee

18   contended that by the time of the Constitutional Convention, the

19   right to Habeas Corpus was so well established that no

20   affirmative authorization was needed.   The most important Human

21   Right in the Constitution. (32 B.U.L. Rev. 143, 146, (1952). (40

22   Calif. L. Rev. 335, 344-345 (1952).

23       See also Bankruptcy Act of April 4, 1842, sec 38, 2 Stat.

24   19, 32. (Habeas Corpus for imprisoned debtor discharged in

25   bankruptcy).   Repealed by Act December 19, 1803, 2 Stat. 248.

26

27

28

1  **Title 42 "The Public Health and Welfare/ Chapter 21, civil rights**

2  **sub chapter 1 general sec. 1994 "peonage abolished."**

3         The holding of any person to secure or labor under the

4  system known as peonage is abolished and forever prohibited in

5  any territory or State of the United States and all Acts, Law

6  Resolution, Order Regulation, or usage etc.. Involuntary service

7  or labor of any person for liquidation of any debt or obligation

8  or otherwise, are null and void.

9      The Supreme Court mentions Slavery and Peonage, quite

10 unambiguously in the case of Alonzo Bailey vs. State of Alabama

11 219 U.S. 219 (1911) Suffice it to say that the Court held that

12 Contract of peonage may be breached by either party with impunity

13 because contract for peonage is unconstitutional, and that

14 includes silent international Maritime Contracts under coercion.

15    **The Uniform Commercial Code**

16     1-105.  Territorial application of the Act; parties' power

17 to choose, applicable law, choose law, conflict of law.

18     1-201 (11).  Offer/ Consideration/ Acceptance.

19     1-201.  Reservation of Right...

20     1-103.  Fraud, Misrepresentation, Duress, Estoppel,

21 Bankruptcy, Principal and Agent, Law of Contract.

22     UCC 3-103.  Duty to act in good faith requires honesty not

23 dishonesty/ reasonable commercial standard of fair dealing.

24     Secured Party holds a superior claim, security interest and

25 lien on all the property of the debtor, holds the DROIT- DROIT

26 (double right) to the property, rights, titles and interest above

27

28               -人 -13-

### Damages.

RICO makes it illegal for two or more persons to act in concert with each other to violate the rights or interests of others. Such acts may be legal on the face but for illegal purposes they fall within Racketeering Influenced and Corrupt Organization.

Civil value of Title 18 sec 241 and 242 per offense of over 100 constitutional violations at $500,000.00 per offense is in said amount of $13,000,000,000,000.00 (Thirteen trillion dollars) including all the violations mentioned in the above and violation of the Federal Civil Rights act of 1871, Equal Protection and Due Process of Law.

Furthermore, this RICO enterprise should be subject to 28 USC sec 4 of the commission of crimes cognizable by a court of the United States.' Title 18 USC sec 513 mentions: "Whoever makes, utters, or possesses a counterfeited security of a State or political subdivision thereof or of an organization, or whoever makes, utters, or possesses a forged security of a state or political subdivision thereof, or organization with intent to deceive another person, organization, or government shall be fined not more than $250,000.00 or imprisoned not more than ten (10) years or both." Among securities defined at 18 USC sec 2311 is included: "evidence" of indebtedness, which in a broad sense may mean anything that is due and owing, which would include a Duty, Right, and obligation.

18
19

28 USC 13?

1

2

3                          <u>GROUNDS</u>

4   1.) No damaged parties have appeared in Case Captioned instant Matter.

5   2.) No actus reus, no mens rea, no corpus delecti exists at all times material hereto;

6   3.) No "charge" has ever been presented to "Acceptor"; no charge exists ab intitio;

7   4.) No verified Complaint exists at all times material hereto, the same having been

8   subscribed and sworn to under pain and penalties of perjury, based on first hand

9   personal Knowledge of the facts.

10  5.) No "affidavit of acceptors' liability" to the code alleged exists ab initio;

11  6.) No "Claim"has ever been presented or offered at all times material hereto;

12  7.) No Joinder of Parties has been made, Collusively or otherwise;

13  8.) No Case or Controversy, Justiciable or otherwise exists ab initio;

14  9.) No "finding of fact or conclusion of law" exist to support any and all

15  suppositions ab initio;

16  10.) No "Certificate of origin" and/or " verified Contract" which bears an equal

17  exchange of valuable consideration exists ab initio.

18  11.) No "Proof of Claim on title" and/or lien on Surety exists ab initio;

19  12.) No "Liability of acceptor" exists at all times material hereto.

20                     <u>SUPPORTING FACTS</u>

21  On or about Febuary 9TH 2005AD Acceptance was made on account I Case CCN EN 1839970!

22  CCN SCS 2268/9 01 By "Bill of Exchange" reconveyence presented to the presenter account holder

23  (SAN DIEGO SUPERIOR COURT) by a "BOND FOR COST" on Acceptors Department of Treasury Account

24  (544236644) in Estimated damages of $350,000 00. Acceptor further Rescind,

25  Terminated, and waived Simulation of Process Benefits under color of law, color of

26  office, Color of authority, using fictions of law to obtain and otherwise

27  unobtainable means. "Acceptor" has agreed not to disagree with facts of case!

28  accounts in this matter. Therefore "Acceptor" command this honorable Court to

                              -15-

1   immediately cease and desist on the Captioned matter against the EO NOMINE

2   Juristic Person BRIAN STEVEN MCNEAL. and to discontinue it's use of fictions

3   of law, including any and all simulation of Process thereunder in Special Maritime

4   Jurisdiction or territory tribunal.

5   <u>WANT OF JURISDICTION</u>

6   At all times material hereto, no subject matter Jurisdiction has been conferred, and no

7   Jurisdiction of the subject matter exists nunc pro tunc, nor does any type or Kind of

8   personam Jurisdiction exist whereby constant and continued "collusive Joinder"

9   of parties does exist whereby constant and continued use of threat by coercive

10   means by and through Scienter has occured attempting to Join a Juristic person to that

11   of a living Sentient being. At all times hereto, the public servants allegedly involved

12   in this instant matter have failed / refused to state a claim, have failed/Refused

13   to provide "Acceptor" with a Jurisdictional statement, whereas such public

14   servants have been weighed, have been measured, and have been found wanting, in this

15   attempting to gain the fruit from the Poisioness tree.

16   <u>COMMAND FOR SETTLEMENT AND FOR DISCHARGE AND CLOSURE</u>

17   "Acceptor" in this "Petition for Writ of Habeas Corpus" hereby commands and to

18   "discharge" any and all detainers with prejudice in re this instant matter, thereby

19   effectuating complete closure of all matters matterial hereto, including intellectual

20   property and property rights, whereby the same are "secured" and "held in due course"

21   free from all claims and defenses, under private contract, or issue a EXPARTE Hearing,

22   or, grant Petitioner a change of venue to an Article III Court, or

23   Order Respondant to Show Cause = (attached) with a conclusion of law and finding

24   of fact why matter should not be settled and why RICO Contravention not be issued

25   <u>JURAT-VERIFIED ACKNOWLEDGEMENT</u>
      MAXIM OF LAW: AFFIDAVIT STANDS AS TRUTH

26   I Brian Steven McNeal seehausen, herein Sign this affirmed writ with clean hand's, Affirm

27   the same in the foregoing to be true, correct, complete and not misleading; commerce in

28   Under the Penalty of Perjury in accordance with the laws of the United States of America
  EXECUTED ON THIS 25TH DAY OF May   A.D. 2005 IN San Diego CA. U.S.

UCC 1 207.7

-16-

28 USC 1361

Brian Steven McNeal - Real Party in interest
All RIGHTS RESERVED Without Prejudice,
Pre - Paid - Perferred Stock
Priority - Exempt from Levy

Registration # 544236644

Department Treasury Bank

# BOND FOR COSTS

—————— SUPERIOR —————— Court

County of San Diego (North County)

PEOPLE OF THE STATE OF CALIFORNIA,
Fiction of Law,

vs.

BRIAN S. MCNEAL/BRIAN STEVEN MCNEAL
Eo Nomine.

CN 183997 CN 183997 , DBA, COMMISSIONER/MASTER, (OBLIGOR)
whatever referred et seq. M. Kirkman
#CCN CN 183997 01
#CCN SCE 2268 A01 Security. $350,000.00 USD

Filed and approved the 12TH

day of Febuary A.D. 20 05

Bondor - Brian S. McNeal

Brian Steven McNeal, living Sentiant
544236644

On this 2nd Month 11TH Day of 2005
Sworn Before Me Portia
Hospital. Portia

True Bond by Secured Party Authorized Representive for
BRIAN S. MCNEAL, "Vessel" (Strawman) Team.

Hereby bond set for discharge of Account Sce 226819/CN183997/CCN CN183997 01
CCN SCE2268A 01

This Instrument for Cost to discharge is Pursuant to Witkin vol 3 (2001).
Spencer v. Sterling Bank 63 Cal App 4TH 1055 (1998) HJR 192, 73d Congress,
Public Law-73-10, June 5TH 1933.

CC: DTB (Snow)
U.S. Attorney (Gonzalez)
San Diego Superior Court

**Affidavit In Support Of Demand For An Ex Parte Hearing,**

IN PETITION FOR WRIT OF HABEAS CORPUS

California state        )        The following text is affirmed to and
SAN DIEGO county   )        autographed in this de jure venue, to wit:

I, Brian Steven McNeal hereinafter "Affiant", come now before the world, and Affiant says to the

world the following:

1.  Affiant is of full legal age and complete capacity.

2.  Affiant is competent to testify to the facts stated herein having firsthand knowledge of the

    facts stated herein.

3.  Affiant is not aware of any competent evidence from any competent witness with firsthand

    knowledge given under oath or affirmation or by affidavit or declaration under penalty of

    perjury showing that: Nor has BILLOCKYER .AG  (Plaintiff) has shown that:

    A  BRIAN STEVEN MCNEAL is the corporate "VESSEL" and the Secured Party
       is only a Authorized Representive of the "Vessel"; and has not waived
       Simulation of process in Maritime Jurisdictional territory's color
       of law, Fictions of law.

    B.  Affiant has not requested by certified mail, Jencks Act material used to proceed

        against the defendant, and Affiant has not been denied said material.

    C.  Affiant has not been denied a speedy trial.

    D.  Affiant has not been denied a speedy trial.

    E.  Affiant has not been denied due process in an open court of record according to the

        court of the common law by a jury of his peers with the power to judge both the

        facts and the law.

    F.  Affiant has not been forced against his will and without his consent to submit to a

Demand for Show Cause

-1-

28 USC 1361

1    psychiatric evaluation when Affiant challenged jurisdiction of the court to do so.

2    G.  Affiant has not been denied the presentation of any facts establishing the probable

3         cause of Affiant's imprisonment.

4    H.  Affiant has not been denied the constitutionally guaranteed assistance of counsel.

5    I.   Affiant has been informed of the nature and cause of Affiant's imprisonment,

6

7         indictment, and arrest.

8    J.   Affiant has been shown that the plaintiff filed a bond indemnifying plaintiff's case

9         against the defendant.

10   K.  Defendant is not charged with violating a bill of pains and penalties in violation of

11        the Constitution of California and the United States.

12

13   L.   Affiant has been shown that the court has proper venue and proper subject matter

14        jurisdiction to proceed in this alleged case.

15   M.  Affiant is not the Secured Party creditor of the defendant.

16   N.  Affiant does not have a paramount, perfected security interest in the

17

18        defendant and all of defendant's property, real and personal, tangible and intangible.

19   O.  Affiant has subordinated to plaintiff's claim Affiant's said security interest.

20   P.  Affiant's said security interest has been purchased by plaintiff.

21   Q.  Plaintiff has standing to proceed against the defendant.

22   4.  Affiant affirms that all copies of documents exhibited in support of the Affiant's affidavit

23       are true and correct copies of the originals.

24

25   Affiant has read the foregoing and Affiant knows and understands the contents therein. And
26   Affiant affirms as Affiant's own unlimited commercial liability that the foregoing is true, correct and
     not misleading. Affiant's word is Affiant's bond. Affiant's autograph is Affiant's seal.
27

28

– EX PARTE HEARING –
## Memorandum of Points and Authorities
## In Support of Show Cause

1.   **Ripley v. Johnson**, 120 CA 2nd 548, 261, P2d 318.  If there is no complaint, the court has no jurisdiction over the matter.

2.   **Jencks Act or Rule:** A criminal defendant in the Federal Court is entitled to access to government documents for assistance in cross-examination of witnesses in order to impeach for prior inconsistent statements. **Jencks v. U.S. 353 U.S. 657, 77 S.Ct. 1007, 1 L.Ed.2d 1103.** Following this case, a federal statute was enacted to the same effect; **18 U.S.C.A. § 3500.**

3.   **Complaint.** Black's Law 5th Edition:  The original or initial pleading by which an action is commenced under codes or Rules of Civil Procedure.... In criminal law, a charge, preferred before a magistrate having jurisdiction, that a person named (or an unknown person) has committed a specified offense, with an offer to prove the fact, to the end that a prosecution may be instituted.  In some instances "complaint" is interchangeable with "information." The complaint is a written statement of the essential facts constituting the offense charged.  It shall be made upon oath before a magistrate. Fed.R.Crim.P 3.  If it appears from the complaint that probable cause exists that the person named in the complaint committed the alleged crime, a warrant for his arrest will be issued.

4.   **City of San Diego v The Municipal Court for San Diego,** 102 Cal.App.3d 775 states The Court held the jurisdiction of the municipal court is limited to cases and proceedings in which it is expressly conferred, and that, while Pen. Code § 1462, provides that municipal and justice courts have exclusive jurisdiction in all cases involving violation of ordinances of cities or towns with the court district, the **filing of a complaint is essential to invoke the jurisdiction of the court.**

5.   Article VI – United States Constitution.  – In all criminal prosecutions, the accused shall enjoy the **right to a speedy and public trial,** by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to **be informed of the nature and cause** of the accusation, to be confronted with the witnesses against him; to have compulsory process for obtaining Witnesses in his favor, and to have Assistance of Counsel for his defense.

6.   Article 1 Section 15 of California Constitution –  The defendant in a criminal cause has the **right to a speedy public trial,** to compel attendance of witnesses in the defendant's behalf, to have the assistance of counsel for the defendant's defense, to be personally present with counsel, and to be confronted with the witnesses against the defendant.

7.   **Due Process of Law – Pennoyer v. Neff, 95 U.S. 733, 24 L.Ed. 565.** Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life, liberty, or property, in its



most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved. If any question of fact or liability be conclusively **presumed against him, this is not due process of law.**

8.      Article 1 Section 9 of California Constitution and United States Constitution- **A bill of attainder**, ex post facto law impairing the obligation of contracts may not be passed. *P.C. 476 = Bill of Attainder* (handwritten)
*Black's Law 5th edition*: **Bills of attainder**. – Such special acts of legislature as inflict capital punishments upon persons supposed to be guilty of high offenses, such as treason and felony, without any conviction in the ordinary course of judicial proceedings. If an act inflicts a milder degree of punishment than death, it is called a **"bill of pains and penalties,"** but both are included in the prohibition in the Constitution.

9.      **5th Amendment of United States Constitution** – No person shall be held to answer for a capital, or otherwise infamous crime, **unless on a presentment or indictment of a grand jury**, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case be **a witness against himself, nor be deprived of life, liberty, or property, without due process of law**; nor shall private property be taken for public use without just compensation.

*(handwritten margin note: 4 strikes)*

10.     **Trinsey v. Pagliaro, 229 F.Supp. 647 (1964)** – [3] The defendants' motion to dismiss for **failure to state a claim unsupported by affidavits or depositions is incomplete** because it **requests this Court to consider facts outside the record** which have not been presented in the form required by Rules 12(b) (6) and 56(c). Statements of counsel in their briefs or argument while enlightening to the Court are not sufficient for purposes of granting a motion to dismiss or summary judgment. *all order to show cause is supported by affidavit – Then motion to dismiss* (handwritten)

11.   ·  **Wong Sun v. United States, 371 U.S. 471, 83 S.Ct. 407** – Verbal evidence which derives immediately from unlawful entry and unauthorized arrest is no less the "fruit" of official illegality than more common tangible fruits of unwarranted intrusion, and <u>Fourth Amendment may protect against overhearing of verbal statement</u> as well as against more traditional seizure of papers and effects. Fed.Rules Crim.Proc. rules 3, 4, 18 U.S.C.A.; U.S.C.A Const. Amend. 4.

**Wong Sun v. United States**.  371 U.S. 471, 83 S. Ct 407 (1963) Officer cannot determine probable cause.

12.     **Sims v. Ahrens, 271 S.W. 720 (1925)** – "The practice of law is an occupation of Common Right," and upheld that "they [attorneys] cannot represent any private citizen nor any business as the State cannot license the practice of law" as per ruling of the Supreme Court in **Schware v. Board of Examiners, 353 U.S. 238, 239.**

UNITED STATES DISTRICT COURT

FOR SOUTHERN DISTRICT OF CALIFORNIA

CERTIFICATE OF SERVICE

IN RE

Brian Steven McNeal

      Petitioner

       V

BILL LOCKYER

      Respondant

IN 28 USC 1361

Served on 05/25/05 BY U.S. Mail First Class to: BILL LOCKYER'S

SACRAMENTO (Department of Justice) Office.

Petitioner Served Petition under ection 28 Usc 1361/ Writ in it's entirty.

Petitioner Declares under Penalty of Perjury that the foregoing is true

correct and not misleading.

05/25/05

UCC 1 207.7

Brian Steven McNeal Petitioner

THE FOLLOWING (1)PAGE IS

PETITIONERS REQUESTED SHOW CAUSE TO BE ANSWERED

BY  RESPONDANT

WITH THIS PETITION FOR WRIT OF HABEAS CORPUS

**IN THE SUPERIOR COURT FOR THE**
**COUNTY OF SAN DIEGO**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br>Fiction of Law,<br><br>v.<br><br>BRIAN S. MCNEAL        Eo Nomine,<br><br>Brian Steven McNeal, Secured Party,<br>living Sentient being,<br>Peru Mcneal     Real Party! | Criminal Case Rule 4. 551 (c)<br>Honorable: PRESIDING JUDGE<br><br>CASE/ACCOUNT # CN 183447<br>SCE 226819<br><br>ORDER TO SHOW CAUSE WHY ABOVE<br>REFERENCED CASE/ACCOUNT NUMBER<br>SHOULD NOT BE DISCHARGED WITH<br>PREJUDICE;<br><br>or in the alternative,<br><br>ORDER TO SHOW CAUSE WHY A TORT<br>CLAIM OR R.I.C.O. CONTRAVENTION<br>SHALL NOT ISSUE FORTHWITH |

### ORDER TO SHOW CAUSE WHY ABOVE REFERENCED CASE/ACCOUNT SHOULD NOT BE DISCHARGED WITH PREJUDICE

NOW COMES, "Secured Party"; Seehausen, Third Party Interest Intervenor, hereinafter "Sovereign Elector," and Brian S McNeal In', Real Party in Interest, hereinafter "Acceptor," commanding that good, valid and just cause be shown, why this instant matter should not be discharged with prejudice;

or in the alternative;

### ORDER TO SHOW CAUSE WHY A TORT CLAIM OR R.I.C.O. CONTRAVENTION SHALL NOT ISSUE FORTHWITH

SHOW CAUSE, why a "tort claim" for real and actual damage, injury to "Acceptor" shall not issue fortwith, or SHOW CAUSE, why R.I.C.O. Contravention shall not issue forthwith.

FOR ALL THE FOREGOING facts enumerated in "Sovereign Elector," and Acceptors' "Petition to Abate Action et seq.," good, valid and just cause shall be shown why all matters material hereto shall not be discharged with prejudice.

Secured Party

Brian Steven McNeal s Seehausen, Sovereign
Elector, Third Party Interest Intervenor,
All Rights and Defenses Reserved Without
Prejudice,
Pre-Paid — Preferred Stock
Priority — Exempt from Levy.

living Sentient

Brian S. McNeal    , Real Party in
Interest, Acceptor, All Rights and
Defenses Reserved Without Prejudice.
Pre-Paid — Preferred Stock
Priority — Exempt from Levy.

CC:
BILL LOCKYER

Right
thumb
print

-1-

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

**FILED**

MAY 2 7 2005

Bill Lockyer, U.S. DISTRICT COURT
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Brian Steven McNeal

**DEFENDANTS**

Bill Lockyer, et al.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** San Diego
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Brian Steven McNeal
Patton State Hospital
3102 Highland Avenue E.
Patton, CA 92369

**ATTORNEYS (IF KNOWN)**

'05 CV 1 1 4 6 JM   (AJB)

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)          FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

28 USC 1361

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 630 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
**DEMAND $**
Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE _____ Docket Number _____

DATE

May 27, 2005