








```
SWD    6/6/05    12:29
3:05-CV-01146    MCNEAL V. LOCKYER
*2*
*M.*
```

Brian Steven McNeal
(Petitioner)

People Of the State Of California/Bill Jostmeyer
(Respondent[s])

DECLARATION IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

IN 28 USC 1331

I, Brian S McNeal, declare that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or ~~give security therefor~~, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

**FILED**
MAY 2 7 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'05 CV 1146 JM (AJB)

1. Are you presently employed?
   ☐ Yes   ☒ No
   (a) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. _____
   
   (b) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. US Army E5 pay grade discharge 6/2003

2. Have you received, within the past twelve (12) months, any money from the following sources:
   (a) Business, profession or form of self-employment?   ☐ Yes   ☒ No
   (b) Rent payments, interest or dividends?              ☐ Yes   ☒ No
   (c) Pensions, annuities or life insurance payments?    ☐ Yes   ☒ No
   (d) Gifts or inheritances?                             ☐ Yes   ☒ No
   (e) Any other source?                                  ☐ Yes   ☒ No

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account?
   *(Include any funds in prison accounts)*
   ☐ Yes   ☒ No
   If the answer is "yes", state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property?
   *(Exclude ordinary household furnishings and clothing)*
   ☐ Yes   ☒ No
   If the answer is "yes", describe the property and state its approximate value: _____

28 USC 1331

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. __None__

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on

__5-20-05__
*Date*

_Signature of Petitioner_

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __00.00__ on account to his credit at the __SDCJ__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

Dated: __5-20-05__

__#2857__
Authorized Officer of Institution

__DEPUTY, DET.__
Title of Officer

28 USC 1331