USDC SCAN INDEX SHEET










```
SWD    6/6/05    12:29
3:05-CV-01146   MCNEAL V. LOCKYER
*3*
*NTCCHGADDR.*
```

NOTICE OF CHANGE OF ADDRESS

Patton State Hospital
Brian Steven McNeal
3102 Highland Ave E.
Patton CA 92369
RE: Case No. 05 CV 0832 H (AJB)

United States District Court
Southern District of California
Clerk of the Court Suite 4290

05/25/05

FILED

MAY 27 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'05 CV 1146 JM (AJB)

Clerk of the Court herein:

Please take notice in the above listed cases that Petitioner has changed addresses from 1173 Front St to, 3102 Highland Ave Patton CA 92369 effective date this letter. Please send all Corospondences relating to these Matters hereinafter to this new location. Please further inform Justice M. Huff of this change inreguards to my complaints relating to my filings in *** *** in Actions Per-SE...

Thankyou for your Judicial conduct thus far.

Respectfully,

U.C.C.1 207.7
"Without Prejudice"

Brian Steven McNeal - Real Party
FOR EO NOMINE

encl. NEW Filing;
Petition for Writ of Habeas Corpus 28USC 1361/1654

3