








```
TKL     7/12/05    10:58
3:05-CV-01146   MCNEAL V. LOCKYER
*4*
*O.*
```

```
                                    FILED
                               05 JUL 12 AM 9: 00
                             CLERK U.S. DISTRICT COURT
                             SOUTHERN DISTRICT OF CALIFORNIA

                             BY:              DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN STEVEN MCNEAL,<br><br>　　　　　　　　　　Petitioner,<br>vs.<br><br>BILL LOCKYER IN ATTORNEY GENERAL OF CALIFORNIA CORPORATION,<br><br>　　　　　　　　　　Respondent. | CASE NO. 05cv1146 JM(AJB)<br><br>ORDER DISMISSING PETITION WITHOUT PREJUDICE AND WITH LEAVE TO AMEND |

Between January 7, 2005 and July 6, 2005, Petitioner filed a dozen petitions for writ of habeas corpus in the District Court for the Souther District of California. The court dismisses the present petition (number eight of twelve) for two reasons. First, the petition is incomprehensible. The petition makes reference to a mishmash of various state and federal civil and criminal laws, seeks damages of $13 trillion, and otherwise fails to state a claim for relief under 28 U.S.C. §1361. Second, for the reasons set forth in the Order of Dismissal entered by Judge Moskowitz on January 24, 2005 in McNeal v. California, Civil No. 05cv0032 BTM(RBB), expressly incorporated herein, the court dismisses the petition for writ of habeas corpus without prejudice and with 45 days leave to amend from the date of entry of this order.

**IT IS SO ORDERED.**

DATED: __7/11__, 2005

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　Petitioner only

- 1 -　　　　　　　　　　　ENTERED ON 7/12/05　　05cv1146